JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ATASCADERO STATE HOSPITAL,<br><br>　　　　Respondent. | Case No. 2:25-cv-09885-JWH-JC<br><br>**JUDGMENT** |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: November 17, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE